.John C. Winston Company, appellee, v. Henry J. Neumeister, appellant. Gen. No. 26,932.

Action for balance due on a contract for the purchase of books. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed with finding of fact. Opinion filed January 17, 1922.

John A. Bloomingston, for appellant. No appearance for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Chicago Title & Trust Company, administrator of the estate of Josephine C. Kahl, deceased, appellant, v. John J. Foley, appellee. Gen. No. 26,796.

Suit by administrator with will annexed for discovery and an accounting to recover bonds in defendant's hands alleged to belong to the estate. Decree for defendant. Appeal from the Circuit Court of Cook county; the Hon. George F. Barrett, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed January 23, 1922. Rehearing denied February 6, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Frank P. Sadler and William A. Jennings, for appellant; William M. Mertz, of counsel. George E. Gorman, Rainey, Pollock & Manning and Wilkerson, Cassels, Potter & Gilbert, for appellee.

---

Ethel Marmor, appellee, v. Harry Richman, appellant. Gen. No. 26,845.

Action to recover possession of a living apartment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. James Donahoe, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed January 23, 1922. Rehearing denied February 6, 1922.

Samuel J. Richman, for appellant. I. B. Padorr, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

Sarah Althausen, appellant, v. Sarah Kohn, appellee. Gen. No. 26,858.

Assumpsit on a promissory note after judgment by confession and allowance of leave to defend. Judgment for plaintiff for a sum admitted due by defendant and appeal by plaintiff. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in this court at the March term, 1921. Reversed and remanded. Opinion filed January 23, 1922. Rehearing denied February 6, 1922.

Harry C. Diamond, for appellant. William Slack, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.